IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20041
Conference Calendar
_____


LAWRENCE JAMES BAILEY,

Plaintiff-Appellant,

versus

MERRIAM-WEBSTER INCORPORATED ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-94-3020
- - - - - - - - - -
(March 23, 1995)

Before GARWOOD, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

The district court did not abuse its discretion by dismissing Lawrence James Bailey's civil rights suit as frivolous because he has failed to allege a violation of 42 U.S.C. § 1983. Resident Council of Allen Parkway Village v. U.S. Dep't of Hous. & Urban Dev., 980 F.2d 1043, 1050 (5th Cir.), cert. denied, 114 S. Ct. 75 (1993); Ancar v. Sara Plasma, Inc., 964 F.2d 465, 468 (5th Cir. 1992). Bailey also has failed to demonstrate an abuse of discretion in the district court's implicit decision to

_____

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

decline to exercise supplemental jurisdiction over his state-law slander and libel claims.  Rhyne v. Henderson County, 973 F.2d 386, 395 (5th Cir. 1992).

AFFIRMED.